## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

ANGELA PAVICH,                          )
                                        )
     Plaintiff,                        )
                                        )
     v.                                )          CAUSE NO.: 2:10-CV-494-TLS
                                        )
SISTERS OF SAINT FRANCIS HEALTH         )
SERVICES, and PAULA KOLDUG,             )
                                        )
     Defendants.                       )

## ORDER

In its January 4, 2011, Order [ECF No. 4], the Court denied the Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs. The Court granted her to and including February 3, 2011, to pay the $350.00 filing fee and cautioned that if the Plaintiff did not respond by that deadline, that this case would be dismissed without further notice. That deadline has now passed, but the Plaintiff has not responded. For the foregoing reasons, this case is DISMISSED for nonpayment of the filing fee.

SO ORDERED on February 11, 2011.

                                s/ Theresa L. Springmann
                               THERESA L. SPRINGMANN
                               UNITED STATES DISTRICT COURT
                               FORT WAYNE DIVISION